### 41702. HALL v. ORKIN EXTERMINATING COMPANY OF SOUTH GEORGIA, INC.

JORDAN, Judge. This is a companion case to that of *Thornton v. Orkin Exterminating Co.,* ante. For the reasons stated in that opinion, the judgment of the trial court is affirmed.
*Judgment affirmed. Bell, P. J., and Eberhardt, J., concur.*
ARGUED JANUARY 10, 1966—DECIDED JANUARY 26, 1966.

*Albert E. Butler,* for appellant.
*Wilson G. Pedrick, J. Edmund Pedrick,* for appellee.